1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| CARL L. JONES, | ) Case No. CV 12-2433 DMG(JC) |
|---|---|
| Petitioner, | ) |
| v. | ) JUDGMENT |
| KELLY HARRINGTON, | ) |
| Respondent. | ) |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed without prejudice.

DATED: June 29, 2012

_____
HONORABLE DOLLY M. GEE
UNITED STATES DISTRICT JUDGE